Case 1:21-cr-00087-CMH   Document 2   Filed 12/30/20   Page 1 of 3 PageID# 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:20-mj-366 |
| | ) |
| DANIEL JOHN MALIK, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Timothy Violette, being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in April 2003. I graduated from the Federal Law Enforcement Training Center in August 2003. Following my graduation, I received an additional six weeks of CIA-specific training prior to being assigned as a police officer at various CIA installations, and have been continually employed as an SPS Officer since. I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1).

2. This affidavit is submitted in support of a criminal complaint charging DANIEL JOHN MALIK with assault with a dangerous weapon, with intent to do bodily harm, in violation of 18 U.S.C. § 113(a)(3).

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, but is not intended to include each and every fact and matter observed by me or known to the United States.

4. On Sunday, December 27, 2020, I was patrolling the outer perimeter of the George Bush Center for Intelligence in McLean, Virginia. I was wearing a police uniform and badge, and driving a marked patrol car. At approximately 8:18 p.m., I observed a silver Toyota sedan, bearing Pennsylvania license plates, stopped in the travel lane of the off-ramp from the Northbound George Washington Memorial Parkway into Turkey Run Park. This location is within the special maritime and territorial jurisdiction of the United States, with the Eastern District of Virginia.

5. I stopped my patrol car behind the vehicle and approached on foot. Upon reaching the vehicle, I encountered MALIK in the driver's seat. He was the only occupant of the vehicle. I identified myself as a police officer and asked MALIK why he was stopped in the roadway. He stated that he was lost and looking for directions. I asked MALIK for his license and registration. He produced his South Dakota driver's license, but did not provide the registration for the vehicle. I identified MALIK by his driver's license, which I still have in my custody. I asked MALIK who owned the vehicle. He stated that it belonged to his father. I then asked MALIK where he was going. He replied that he was lost and was in the area to visit friends in Washington, D.C. MALIK did not appear to have a map, smartphone, or any other means of navigation. He exhibited unusual behavior, including profuse sweating, fidgeting, and awkward responses to my questions.

6. I again asked MALIK to provide a document identifying the vehicle's owner. MALIK reached into an orange bag on the front passenger seat, and once the interior of the bag was exposed, I observed what appeared to be a leather pistol holster. I immediately ordered MALIK to stop. Fearing for my safety, I stepped away from the driver's window towards the front of the vehicle. MALIK turned towards the open driver's window with a black pistol in his hand and pointed it out the window where I had been standing. I continued to move on foot towards the front of the vehicle. MALIK drove off at a high rate of speed. I ran to my patrol vehicle and

proceeded to chase MALIK, with lights and sirens activated, as he exited Turkey Run Park onto the Southbound George Washington Memorial Parkway. A ten-minute high-speed vehicle chase ensued until I could not continue to pursue MALIK without unduly risking the public's and my safety.

7. Based on the foregoing, I submit there is probable cause to believe that on or about December 27, 2020, in McLean, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, DANIEL JOHN MALIK did commit assault with a dangerous weapon, with intent to do bodily harm, in violation of 18 U.S.C. § 113(a)(3).

Officer Timothy Violette
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to by telephone in accordance with Fed. R. Crim. P. 4.1 this 30th day of December, 2020.

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia