

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL JOHN MALIK,<br><br>Defendant. | Case No. 1:21-CR-87<br><br>**Count 1**: 18 U.S.C. § 111(b)<br>(Assaulting, Resisting, and Impeding an Officer of the United States)<br><br>**Count 2**: 18 U.S.C. § 113(a)(3)<br>(Assault with a Dangerous Weapon)<br><br>**Count 3**: 18 U.S.C. § 13, assimilating Va. Code § 46.2-817(B)<br>(Disregarding Signal by Law Enforcement to Stop and Fleeing to Elude) |

### INDICTMENT
April 2021 Term – at Alexandria, Virginia

### COUNT 1
(Assaulting, Resisting, and Impeding an Officer of the United States)

THE GRAND JURY CHARGES THAT:

On or about December 27, 2020, in McLean, Virginia, in the Eastern District of Virginia, the defendant, DANIEL JOHN MALIK, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Officer T.V., a federal law enforcement officer, a person designated in Title 18, United States Code, Section 1114, while Officer T.V. was engaged in and on account of the performance of his official duties, and in the commission of such act used a deadly and dangerous weapon.

(In violation of Title 18, United States Code, Section 111(b).)

## COUNT 2
(Assault with a Dangerous Weapon)

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 27, 2020, in McLean, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL JOHN MALIK, did assault Officer T.V. with a dangerous weapon, namely, a firearm, with intent to do bodily harm.

(In violation of Title 18, United States Code, Section 113(a)(3).)

<u>COUNT 3</u>
(Disregarding Signal by Law Enforcement Officer to Stop and Fleeing to Elude)

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 27, 2020, in McLean, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL JOHN MALIK, after receiving a visible and audible signal from a law enforcement officer to bring his motor vehicle to a stop, did drive his motor vehicle in a willful and wanton disregard of such signal so as to interfere with and endanger the operation of a law enforcement vehicle and endanger a person.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code, Section 46.2-817(B).)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

Raj Parekh
Acting United States Attorney

By: _____
Kathryn DeMarco
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney