

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00087 |
| v. | |
| DANIEL JOHN MALIK | Hon. Claude M. Hilton |
| Defendant. | |

## STATEMENT OF FACTS

The United States and the defendant, DANIEL JOHN MALIK (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On Sunday, December 27, 2020, a Central Intelligence Agency police officer was patrolling the Turkey Run Park area in McLean, Virginia. He was wearing a police uniform and driving a marked patrol car. At approximately 8:18 p.m., he observed a silver sedan, bearing Pennsylvania license plates, stopped toward the shoulder of the road into Turkey Run Park.

2. The officer stopped his patrol car behind the vehicle and approached on foot. The roof-mounted light bar on his vehicle was activated. Upon reaching the vehicle, he encountered the defendant in the driver's seat. The defendant was the only occupant of the vehicle. The officer asked the defendant why he was stopped in the roadway. The defendant stated that he was looking for directions. The defendant provided his South Dakota driver's license to the officer but did not provide the registration for the vehicle. The officer asked the defendant who owned the vehicle. The defendant stated that it belonged to his father. The officer then asked the defendant where he

was going.

3.  After failing to provide proof of registration to the officer, the defendant drove off. The officer ran to his patrol vehicle and proceeded to chase the defendant, with lights and sirens activated, as he exited Turkey Run Park onto the Southbound George Washington Memorial Parkway. During the pursuit, the defendant passed other vehicles and reached a high rate of speed while driving through a construction zone (given the hour, there did not appear to be workers present). At one point during the pursuit, based on the officer's speed of approximately ninety miles per hour, it appeared the defendant was driving at a similar rate of speed. A ten-minute high-speed vehicle chase ensued on to Interstate 495 and Interstate 66 until the officer could not continue to pursue the defendant without unduly risking the public's and his safety. As such, the defendant drove the motor vehicle in a willful and wanton disregard of law-enforcement's signal and in doing so interfered and endangered the operation of the law-enforcement vehicle.

4.  This statement of facts includes those facts necessary to support the defendant's guilty plea. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

5. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: _____
Kathryn DeMarco
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney

## DEFENDANT'S STIPULATION AND SIGNATURE

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

DANIEL JOHN MALIK
Defendant

Date: 7-21-21

## DEFENSE COUNSEL'S SIGNATURE

I am Nathaniel Wenstrup, the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Nathaniel Wenstrup
Assistant Federal Public Defender
Attorney for DANIEL JOHN MALIK

Date: 7-21-21

4